```
 1  GEORGE M. RANALLI, ESQ.
    Nevada Bar No. 5748
 2  RANALLI & ZANIEL, LLC
    2400 W Horizon Ridge Parkway
 3  Henderson, Nevada 89052
    ranalliservice@ranallilawyers.com
 4  Attorney for Defendant/Cross-Claimant
    CAROL M. DOUGLASS
 5

 6                      UNITED STATES DISTRICT COURT

 7                           DISTRICT OF NEVADA

 8
    DAMION L. THOMAS,              )
 9                                 )
              Plaintiff,           )
10                                 )
         vs.                       ) CASE NO.: 2:14-cv-671-JAD-GWF
11                                 )
    CHRYSLER GROUP, LLC; CAROL M.  )
12  DOUGLASS; DOES I through X;    )
    and ROE CORPORATIONS XI        )
13  through xx, inclusive,         )
                                   )
14            Defendants.          )
                                   )
15  _____    )
                                   )
    CAROL M. DOUGLASS,             )
16                                 )
              Cross-Claimant,      )
17                                 )
         vs.                       )
18                                 )
    CHRYSLER GROUP, LLC.           )
19                                 )
              Cross-Defendant.     )
20  _____    )

21           CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

22       NOTICE IF HEREBY GIVEN THAT, subject to approval by the
23  court, CAROL M. DOUGLASS substitutes GEORGE M. RANALLI, ESQ. of
24  ///
```

1

1 | RANALLI & ZANIEL, Bar Number 5748 as counsel of record in place
2 | of KEVIN R. STOLWORTHY, ESQ. and CONOR P. FLYNN, ESQ. of
3 | ARMSTRONG TEASDALE LLP.

Dated this 16 day of Sept, 2014.

*(signature)*

George M. Ranalli, Esq.
Nevada Bar No. 5748
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Pkwy
Henderson, NV 89052
Attorney for Defendant/
Cross-Claimant

I consent to the above substitution.

Dated August _____, 2014.                    Dated September 4, 2014.

*See attached*
Carol M. Douglas                              Kevin R. Stolworthy, Esq.
6047 Indigo Avenue                            Conor P. Flynn, Esq.
Alta Loma, CA 91701                           **ARMSTRONG TEASDALE LLP**
Plaintiff in Proper Person                    3770 Howard Hughes Parkway,
                                              Suite 200
                                              Las Vegas, NV 89169
                                              Attorneys for Carol M. Douglass

RANALLI & ZANIEL, Bar Number 5748 as counsel of record in place of KEVIN R. STOLWORTHY, ESQ. and CONOR P. FLYNN, ESQ. of ARMSTRONG TEASDALE LLP.

Dated this _____ day of September, 2014.

                               **RANALLI & ZANIEL, LLC**

                               _____
                               George M. Ranalli, Esq.
                               Nevada Bar No. 5748
                               **RANALLI & ZANIEL, LLC**
                               2400 W. Horizon Ridge Pkwy
                               Henderson, NV 89052
                               Attorney for Defendant/
                               Cross-Claimant
                               Carol M. Douglass

I consent to the above substitution.

Dated September __9__, 2014.      Dated September _____, 2014.

_/s/ Carol M. Douglass_____      _____
**CAROL M. DOUGLASS**                    Kevin R. Stolworthy, Esq.
6047 Indigo Avenue                       Conor P. Flynn, Esq.
Alta Loma, CA 91701                    **ARMSTRONG TEASDALE LLP**
**DEFENDANT/CROSS-CLAIMANT**      3770 Howard Hughes Parkway,
                                           Suite 200
                                           Las Vegas, NV 89169
                                           Attorneys for Carol M. Douglass

## ORDER

THE SUBSTITUTION OF ATTORNEY is hereby APPROVED and so ORDERED.

DATED this 17th day of September 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:
RANALLI & ZANIEL, LLC

_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No.: 5748
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorney for Defendant/Cross-Claimant
CAROL M. DOUGLASS

3